In the Matter of the Claim of BESSIE KNEETER, Respondent, against CENTRAL SHEET METAL WORKS et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — award to mother for death of son — dependency.*

*Kneeter* v. *Central Sheet Metal Works, Inc.,* 200 App. Div. 849, affirmed.

(Submitted April 17, 1922; decided May 2, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 4, 1922, affirming an award of the state industrial board made under the Workmen's Compensation Law. The award was opposed upon the ground that the claimant was not dependent upon her son, who was killed in the course of his employment, for support.

*George J. Stacy and James J. Mahoney for appellants.*

*Charles D. Newton, Attorney-General (E. C. Aiken of counsel), for respondent.*

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.